· Feb 3, 2021

The FBI has added FBI 200-AOM who we have been tracking as #Cowpoke

graph #200 - AOM A
200 - AOM A

💬 10   🔁 118   ♥ 114

**John Banuelos**
@JohnBan21401662

0:01 / 0:08

10:53 PM · Oct 4, 2023 · **36** Views

Post your reply    Reply