

Document #: 8-4 Filed: 03/12/24