# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                          Case No.: 1:24–cr–00125

                                          Honorable Beth W. Jantz

John Banuelos

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2024:

      MINUTE entry before the Honorable Beth W. Jantz as to John Banuelos: Detention hearing held on 3/13/2024. For the reasons stated on the record, the Government's motion for pretrial detention is granted and Defendant's motion for release is denied. The government is to submit a written detention order, after review by defense counsel, by 3/15/24. Defendant shall remain in custody pending his appearance in the United States District Court for the District of Columbia. A preliminary examination is scheduled for 3/18/2024 at 10:30 a.m. in courtroom 1812. The Government shall disclose to Defense counsel by noon on 3/15/2024 any witness(es) to be called and any additional discovery that the government intends to use in the preliminary hearing, outside of the complaint and the videos and photos that accompanied the Government's motion for detention. Identity hearing waived by the Defendant. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.