# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24–cr–00125
Honorable Beth W. Jantz

John Banuelos

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2024:

    MINUTE entry before the Honorable Beth W. Jantz as to John Banuelos: The Government has informed the Court that the Defendant has been indicted in the charging District. Accordingly, the preliminary examination scheduled for 3/18/2024 is stricken and the Defendant is ordered removed in the custody of the United States Marshals Service to answer the pending charges in the District of Columbia forthwith. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.